# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

144646

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DONNA M. SCALA,
      Plaintiff-Appellant,

v

SC: 144646
COA: 303244
WCAC: 07-000168

AZTEC MANUFACTURING CORPORATION
and TRAVELERS INDEMNITY COMPANY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 1, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

t0618